STATE OF NEW JERSEY IN THE INTEREST OF F.F.

October 30, 1984.

It is ORDERED that the motion for leave to file as within time is granted; and it is further

ORDERED that the motion for leave to appeal is granted, limited solely to the question of the filing of a respondent's brief; and it is further

ORDERED that the motion for summary disposition is granted, and the matter is remanded to the Appellate Division to permit F.F. to file a respondent's brief within one week of the filing date of this order. Jurisdiction is not retained.

IN THE MATTER OF THE PETITION OF KATHLEEN W. MAIER, MUNICIPAL CLERK OF THE TOWNSHIP OF DEPTFORD IN RE RECALL OF MAYOR JOSEPH KIVLEN OF THE TOWN-SHIP OF DEPTFORD.

October 30, 1984.

Petition for certification denied.

MARY MOCHARY v. NICHOLAS CAPUTO.

October 30, 1984.

Petition for certification granted.